UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of ) | ORDER OF DISBARMENT / |
| ATTORNEY DISCIPLINE ACTIONS ) | SUSPENSION |
| ) | |

On February 13 and February 15, 2013, the Court issued a number of Orders to Show Cause why certain attorneys should not be disbarred or suspended from the Bar of this Court, pursuant to Local Rule 83-3.2, as a result of their disbarment or suspension by the State Bar or Supreme Court of California, resignation from the State Bar with charges pending, or enrollment as an involuntary inactive member of the State Bar with cases pending in this Court.  Written responses to these Orders to Show Cause were due thirty days from the date the Orders were issued.  The Court has not received a response from the attorneys listed in Attachment A to this Order, except as may be noted there.

IT IS THEREFORE ORDERED that the attorneys listed in Attachment A to this Order are, as indicated there, suspended or disbarred from the practice of law in this Court pursuant to Local Rule 83-3.2.1.

As provided by Local Rule 83-3.2.4, an attorney suspended or disbarred by this Order who provides proof of his or her reinstatement as an active member in

good standing with the State Bar will be reinstated to the Bar of this Court.

An attorney registered to use the Court's Electronic Case Filing System (ECF) who is suspended or disbarred by this Court will not have access to file documents electronically until the attorney is reinstated to the Bar of this Court.

Date: March 26, 2013

_____
CHIEF UNITED STATES DISTRICT JUDGE

# ATTACHMENT A

Attorneys **disbarred** from the Bar of this Court:

1. Richard David Comess, #198665, Case No. 13-mc-00037 GHK
2. James Edward Curtis IV, #140709, Case No. 13-mc-00038 GHK
3. Ali Eliaho Galam, #123778, Case No. 13-mc-00039 GHK
4. Nicholas Oliver Hedding, #227160, Case No. 13-mc-00040 GHK
5. Bruce Gordon Jones, #43448, Case No. 13-mc-00041 GHK
6. Kerrington Fernardo Osborne, #146539, Case No. 13-mc-00042 GHK
7. Joseph Carlye Barrera, #219583, Case No. 13-mc-00027 GHK
8. Daniel Duchanin, #189983, Case No. 13-mc-00028 GHK
9. DavidSoon Young Lee, #229873, Case No. 13-mc-00029 GHK
10. Francisco Salazar Nogales, #212819, Case No. 13-mc-00030 GHK
11. Michael T. Pines, #77771, Case No. 13-mc-00031 GHK
12. Laurie Crain Rigg, #145237, Case No. 13-mc-00032 GHK

Attorneys **suspended** from the Bar of this Court:

1. Kimberly Allyson Hansen, #167597, Case No. 13-mc-00045 GHK
2. Michael Ian Berry, #141993, Case No. 13-mc-00046 GHK
3. Craig Steven Glatzhofer, #188670, Case No. 13-mc-00047 GHK
4. Jemal Kenya Yarbrough, #200954, Case No. 13-mc-00035 GHK
5. Edwin Tolmas, #35726, Case No. 13-mc-00036 GHK